BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-00130-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO MOVE MOTION HEARING DATE** |
| v. | |
| APPROXIMATELY $24,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated between plaintiff United States of America and Claimant Victor Salazar, by and through their undersigned attorneys, in the above-entitled forfeiture action, as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting that the July 6, 2010, hearing on Claimants Motion to Dismiss be continued to July 19, 2010, or as soon thereafter as the matter may be heard before

///
///
///
///
///

1  the Honorable Anthony W. Ishii, United States District Court Judge, as the parties are attempting
2  to resolve this matter.
3          IT IS SO STIPULATED.

Dated: 6/22/10             BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Deanna L. Martinez
                                      DEANNA L. MARTINEZ
                                      Assistant United States Attorney

Dated: 6-22-10            /s/ W. Scott Quinlan
                                      W. SCOTT QUINLAN
                                      Attorney For Victor Salazar

                                      (original signature retained by attorney)

                                              ORDER

IT IS SO ORDERED.

Dated:   June 30, 2010
                                   CHIEF UNITED STATES DISTRICT JUDGE