```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CV-00130-AWI-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **TO MOVE MOTION HEARING DATE** |
| v. | ) |
| APPROXIMATELY $24,300.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

It is hereby stipulated between plaintiff United States of America and Claimant Victor Salazar, by and through their undersigned attorneys, in the above-entitled forfeiture action, as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting that the July19, 2010, hearing on Claimants Motion to Dismiss be continued to August 23, 2010, or as soon thereafter as the matter may be heard before

///
///
///
///
///

the Honorable Anthony W. Ishii, United States District Court Judge, as the parties are attempting to resolve this matter.

IT IS SO STIPULATED.

Dated: 7/9/10

BENJAMIN B. WAGNER
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

Dated: 7/9/10

/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney For Victor Salazar

(original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated:   July 11, 2010

CHIEF UNITED STATES DISTRICT JUDGE