BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CV-00130-AWI-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO MOVE MOTION HEARING DATE** |
| v. ) | |
| ) | |
| APPROXIMATELY $24,300.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated between plaintiff United States of America and Claimant Victor Salazar, by and through their undersigned attorneys, in the above-entitled forfeiture action, as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting that the August 23, 2010, hearing on Claimants Motion to Dismiss be continued to September 13, 2010, or as soon thereafter as the matter may be heard

///
///
///
///
///

1  STIPULATION AND ORDER TO MOVE MOTION HEARING DATE

1 before the Honorable Anthony W. Ishii, United States District Court Judge, as the parties are
2 attempting to resolve this matter.

3         IT IS SO STIPULATED.

4 Dated: 8/6/10                            BENJAMIN B. WAGNER
5                                                  United States Attorney

6
7                                                  /s/ Deanna L. Martinez
                                                 DEANNA L. MARTINEZ
8                                                  Assistant United States Attorney

9 Dated: 8/6/10                            /s/ W. Scott Quinlan
10                                                W. SCOTT QUINLAN
                                                Attorney For Victor Salazar

11                                                 (original signature retained by attorney)

12
13                                            **ORDER**

14 IT IS SO ORDERED.

15
16 Dated: August 9, 2010
                                           CHIEF UNITED STATES DISTRICT JUDGE