BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $24,300.00 IN U.S. CURRENCY,<br><br>               Defendant. | 1:10-CV-00130-AWI-GSA<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER THEREON** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the parties hereby stipulate to the dismissal of this action. Each party shall bear its own attorneys fees and costs.

Dated:  8/25/10

BENJAMIN B. WAGNER
United States Attorney

 /s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney


/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney for Claimant Victor Salazar
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated:   September 1, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE